United States Bankruptcy Court
Middle District of Florida

In re:                                                                  Case No. 19-04070-KSJ
Travis A Stamper                                                        Chapter 7
Aimee M Stamper
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113A-6         User: jmontero            Page 1 of 2           Date Rcvd: Jun 24, 2019
                             Form ID: 309A             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db/jdb         Travis A Stamper,   Aimee M Stamper,   1843 Bayview Drive,   New Smyrna Beach, FL 32168-7864
28328224       Advent Health,   417 Bridge St,   Danville, VA 24541-1403
28328226      +Balance Healthcare Rec,   P.O. Box 1259,   Dept #108499,   Oaks, PA 19456-1259
28328227       Balanced Healthcare,   P.O. Box 905,   Nashua, NH 03061-0905
28328230      +Citibank,   Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
28328231      +Citibank/The Home Depot,   Attn: Recovery/Centralized Bk,   Po Box 790034,
                St Louis, MO 63179-0034
28328232      +Citizens Bank,   Attention: ROP-15B,   1 Citizens Drive,   Riverside, RI 02915-3035
28328233      +Current Wave Volusia LLC,   733 Dunlawton Ave., Ste 101,   Port Orange, FL 32127-4226
28328234      +Dr Chrono,   328 Gibraltar Dr,   Sunnyvale, CA 94089-1326
28328237      +John A. Root Trust,   2005 Hill Street,   New Smyrna Beach, FL 32169-3227
28328239      +Michael and Angela Mellen,   1050 Old Mission Road,   New Smyrna Beach, FL 32168-8636
28328240      +Navient,   Attn: Bankruptcy,   Po Box 9000,   Wiles-Barr, PA 18773-9000
28328241      +North American Credit Servic,   2810 Walker Road,   Ste 100,   Chattanooga, TN 37421-1082
28328242      +Shafritz & Associates, P.A.,   Attn: Bankruptcy,   601 N Congress Ane, Ste 424,
                Delray Beach, FL 33445-4641
28328243      +Shuffield Lowman,   PO Box 1010,   Orlando, FL 32802-1010
28328247      +USDOE/GLELSI,   Attn: Bankruptcy,   Po Box 7860,   Madison, WI 53707-7860
28328246      +United Collection Service, Inc.,   Attn: Bankruptcy,   Po Box 953638,
                Lake Mary, FL 32795-3638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: clewis@lewismonroe.com Jun 24 2019 23:18:52      Cynthia E Lewis,
                Lewis & Monroe, PLLC,   Post Office Box 540163,   Orlando, FL 32854 0163
tr            +E-mail/Text: dkennedy@iq7technology.com Jun 24 2019 23:20:09      Dennis D Kennedy,
                P. O. Box 541848,   Merritt Island, FL 32954-1848
ust           +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Jun 24 2019 23:19:27
                United States Trustee - ORL7/13,   Office of the United States Trustee,
                George C Young Federal Building,   400 West Washington Street, Suite 1100,
                Orlando, FL 32801-2210
28328225      +EDI: AMEREXPR.COM Jun 25 2019 03:08:00      Amex,   Correspondence/Bankruptcy,   Po Box 981540,
                El Paso, TX 79998-1540
28328228      +EDI: CAPITALONE.COM Jun 25 2019 03:08:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
28328229       EDI: CHASE.COM Jun 25 2019 03:08:00      Chase,   PO Box 15123,   Wilmington, DE 19850-5123
28328235       E-mail/Text: bk@freedomfinancialnetwork.com Jun 24 2019 23:18:54      Freedom Plus,
                Attn: Bankruptcy,   1875 S Grant St, Ste 450,   San Mateo, CA 94402
28328222       EDI: FLDEPREV.COM Jun 25 2019 03:08:00      Florida Department of Revenue,   Bankruptcy Unit,
                Post Office Box 6668,   Tallahassee FL 32314-6668
28328236      +E-mail/Text: lossrecoveryteam@growfinancial.org Jun 24 2019 23:20:06      Grow Financial FCU,
                Macdill Air Force Bk,   Attn: Bankruptcy,   Po Box 89909,   Tampa, FL 33689-0415
28328223       EDI: IRS.COM Jun 25 2019 03:08:00      Internal Revenue Service,   Post Office Box 7346,
                Philadelphia PA 19101-7346
28328238      +E-mail/Text: bk@lendingclub.com Jun 24 2019 23:19:56      LendingClub,   Attn: Bankruptcy,
                71 Stevenson St, Ste 1000,   San Francisco, CA 94105-2967
28328244      +EDI: RMSC.COM Jun 25 2019 03:08:00      Syncb/Rooms To Go,   Attn: Bankruptcy,   Po Box 965060,
                Orlando, FL 32896-5060
28328245      +EDI: RMSC.COM Jun 25 2019 03:08:00      Synchrony Bank,   Attn: Bankruptcy Dept,
                Po Box 965060,   Orlando, FL 32896-5060
28328221      +E-mail/Text: revenuebankruptcy@volusia.org Jun 24 2019 23:19:36
                Volusia County Tax Collector,   123 West Indiana Avenue,   Room 103,   Deland FL 32720-4615
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 113A-6            User: jmontero              Page 2 of 2                   Date Rcvd: Jun 24, 2019
                                Form ID: 309A               Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
              Cynthia E Lewis    on behalf of Joint Debtor Aimee M Stamper clewis@lewismonroe.com,
               bedwards@lewismonroe.com;jamesmonroe@jamesmonroepa.com;lewiscr89817@notify.bestcase.com
              Cynthia E Lewis    on behalf of Debtor Travis A Stamper clewis@lewismonroe.com,
               bedwards@lewismonroe.com;jamesmonroe@jamesmonroepa.com;lewiscr89817@notify.bestcase.com
              Dennis D Kennedy     trustee@ddkennedy.com, dkennedy@iq7technology.com
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Travis A Stamper** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–4864** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Aimee M Stamper** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–7273** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | Date case filed for chapter  **7**   **6/21/19** |
| Case number:   **6:19–bk–04070–KSJ** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|   |   | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Travis A Stamper | Aimee M Stamper |
| 2. | **All other names used in the last 8 years** | aka Travis Aaron Stamper | aka Aimee May Ingle, aka Aimee May Stamper |
| 3. | **Address** | 1843 Bayview Drive <br> New Smyrna Beach, FL 32168–7864 | 1843 Bayview Drive <br> New Smyrna Beach, FL 32168–7864 |
| 4. | **Debtor's attorney** <br> Name and address | Cynthia E Lewis <br> Lewis & Monroe, PLLC <br> Post Office Box 540163 <br> Orlando, FL 32854 0163 | Contact phone (407) 872–7447 <br> Email:  clewis@lewismonroe.com |
| 5. | **Bankruptcy Trustee** <br> Name and address | Dennis D Kennedy <br> P. O. Box 541848 <br> Merritt Island, FL 32954 | Contact phone (321) 455–9744 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page 1

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy Clerk's Office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | George C. Young Federal Courthouse <br> 400 West Washington Street <br> Suite 5100 <br> Orlando, FL 32801 | Hours open: <br> Monday – Friday 8:30 AM – 4:00PM <br><br> Contact phone 407–237–8000 <br><br> Date: June 24, 2019 |
| 7. | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **July 30, 2019 at 08:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> *** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | Location: <br><br> **George C. Young Courthouse, Suite 1203–B, 400 West Washington Street, Orlando, FL 32801** |
| 8. | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** September 30, 2019 |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1–866–222–8029. | |